ILICH VARGAS
FULL NAME

COMMITTED NAME (if different)

9500 NETIWANDA AVE
FULL ADDRESS INCLUDING NAME OF INSTITUTION

RANCHO CUCAMONGA CA 91739

1212341370
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT

FEB 19 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ILICH VARGAS

PLAINTIFF,

v.

THE STATE BAR OF CALIFORNIA

DEFENDANT(S).

EDCV15-0293 R (MAN)

*To be supplied by the Clerk*

CIVIL RIGHTS COMPLAINT
PURSUANT TO *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)



RECEIVED
CLERK, U.S. DISTRICT COURT

FEB 18 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

   a. Parties to this previous lawsuit:
      Plaintiff _____

_____

      Defendants _____

_____

   b. Court _____

_____

   c. Docket or case number _____

   d. Name of judge to whom case was assigned _____

   e. Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

   f. Issues raised: _____

_____

_____

   g. Approximate date of filing lawsuit: _____

   h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No   *STATE   BAR   MATTER*

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

   If your answer is no, explain why not   *I FILED A CLAIM TO CONSUMER AFFAIRS & STATE BAR OF CALIFORNIA AND CALIFORNIA SUPREME COURT (REQUEST FOR REVIEW) - DENIED 11-12-14*

3. Is the grievance procedure completed? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

_____

4. Please attach copies of papers related to the grievance procedure.   *( REFER TO EXHIBITS)*

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff   *ILICH VARGAS*
<div style="text-align:center;font-size:smaller">(print plaintiff's name)</div>

who presently resides at   *9500 N ETIWANDA AVE RANCHO CUCAMONGA CA 91739*
<div style="text-align:center;font-size:smaller">(mailing address or place of confinement)</div>

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

*VICTORVILLE SUPERIOR COURT COUNTY OF SAN BERNARDINO*
<div style="text-align:center;font-size:smaller">(institution/city where violation occurred)</div>

on (date or dates) _JULY 2014_ , _____ , _____ .
(Claim I)                        (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _THE  STATE  BAR  OF  CALIFORNIA_____ resides or works at
   (full name of first defendant)

   _180  HOWARD  STREET  SAN  FRANCISCO  CALIFORNIA  94105-_
   (full address of first defendant)

   _OFFICE  OF  CHIEF  TRIAL  COUNSEL  ENFORCEMENT_
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

   Explain how this defendant was acting under color of law: _OPPRESSION FRAUD OR MALICE, FAILE_
   _TO ENFORCE CALIFORNIA BUSINESS AND PROFESSIONS RULES OF CONDUC_
   _(STATE BAR ACT) ON THE MEMBERS OF THE STATE BAR & WAS DELIBERATELY_
   _INDIFFERENT TO DIRECT VIOLATION DEPRIVING ME OF EQUAL PROTECTION OF LI_

2. Defendant _JAYNE KIM  CHIEF TRIAL COUNSEL_____ resides or works at
   (full name of first defendant)

   _180  HOWARD  STREET  SAN FRANCISCO  CALIFORNIA  94105-16_
   (full address of first defendant)

   _CHIEF  TRIAL  COUNSEL  OF  THE  CA. STATE BAR_
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

   Explain how this defendant was acting under color of law: _BY OPPRESSION FRAUD OR MALICE_
   _FAILED TO AND OR REFUSED TO ENFORCE ESTABLISHED RULES OF COND_
   _(STATE BAR ACT) ON STATE BAR MEMBERS, NEGLIGENT AND DELIBERATE_
   _INDIFFERENCE OVER DISCIPLINARY ACTION; DEPRIVATION OF EQUAL PROTECTION_

3. Defendant _DONALD R STEEDMAN_____ resides or works at
   (full name of first defendant)

   _180  HOWARD  STREET  SAN FRANCISCO  CALIFORNIA  94105-163°_
   (full address of first defendant)

   _SUPERVISING  SENIOR  TRIAL  COUNSEL OF CA. STATE BA_
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

   Explain how this defendant was acting under color of law: _BY OPPRESSION, FRAUD OR MALICE_
   _FAILED AND OR REFUSED TO ENFORCE STABLISHED RULES OF CONDUCT_
   _(STATE BAR ACT) ON STATE BAR MEMBERS, NEGLIGENT AND DELIBERAT_
   _INDIFFERENCE OVER DISCIPLINARY ACTION FOR ATTORNEY MISCONDUCT_
   _DEPRIVED ME OF EQUAL PROTECTION OF THE LAW_

4. Defendant SUSAN JACKSON _____ resides or works at
(full name of first defendant)

845 SOUTH FIGUEROA STREET LOS ANGELES CA. 90017-251
(full address of first defendant)

DEPUTY TRIAL COUNSEN, STATE BAR ENFORCEMENT
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual ☑official capacity. BREACH OF DUTY

Explain how this defendant was acting under color of law: BY OPPRESSION, FRAUD OR MALICE
DELIBERATELY FAILED TO ENFORCE CALIFORNIA ESTABLISHED
LAWS AND RULES ON STATE BAR MEMBERS & DELIBERATE INDIFFEREN
TO SUBSTANTIAL CIVIL RIGHTS VIOLATIONS. DEPRIVED ME OF EQUAL PROTECT

5. Defendant YSABEL NAETZEL _____ resides or works at

(full name of first defendant)

845 SOUTH FIGUEROA STREET LOS ANGELES CA 90017-25
(full address of first defendant)

LEAD INVESTIGATOR ASSIGNED TO INVESTIGATE MATTERS
(defendant's position and title, if any)     OF ATTORNEY MISCONDUCT COMPLAINTS.

The defendant is sued in his/her (Check one or both): ☑individual ☑official capacity. BREACH OF DUTY

Explain how this defendant was acting under color of law: BY OPPRESSION, FRAUD OR MALICE
DELIBERATELY FAILED TO CONDUCT AN IMPARTIAL AND ADEQUATE
INVESTIGATION INTO ALLEGATIONS OF ATTORNEY MISCONDUCT.
DELIBERATE INDIFFERENCE OF SUBSTANTIAL CIVIL RIGHTS VIOLATION
BIAS AND PARTIALITY TOWARDS PUBLIC PERSON WHILE UNDER THE
COLOR OF LAW DEPRIVING ME OF EQUAL PROTECTION OF THE LAW

6. DEFENDANT DAVID S. CHESLEY

WORKS AT: 6260 LAUREL CANYON BLVD STE 107
NORTH HOLLYWOOD CA 91606-3266

POSITION: PRESIDENT ATTORNEY AND STATE BAR MEMBER

THE DEFENDANT IS BEING SUED ☑ INDIVIDUAL ☑ OFFICIAL CAPACITY
DEFENDAT WAS ACTING UNDER COLOR OF LAW AS AN OFFICER
OF THE COURT UNDER THE STATE BAR OF CALIFORNIA JURISDICTI
AND BY ACTS OF OPPRESSION FRAUD AND MALICE VIOLATES
THE 5TH 6TH AND 14TH AMENDMENT IN BREACH OF HIS OFFICIAL
DUTY AS A STATE BAR OF CALIFORNIA LICENSED ATTORNEY
DELIBERATE INDIFFERENCE TO SUBSTANTIAL CIVIL RIGHTS VIOLATION
AND INTENTIONAL REFUSAL TO ABIDE BY STABLISHED LAW AND RU

**D. CLAIMS\***

<center>CLAIM I</center>

The following civil right has been violated:

THE 14TH AMENDMENT THE RIGHT TO EQUAL PROTECTION HAS BEEN VIOLATED BY ALL DEFENDANT AS THE RESULT OF OPPRESSION FRAUD OR MALICE AND THE DELIBERATE AND INTENTIONAL INDIFFERENCE TO DAMAGES THAT HAVE RESULTED BY THE DEPRIVATION AND DIRECT VIOLATION OF THE 5TH 6TH AND 14TH AMENDMENT RIGHTS BY A CALIFORNIA STATE BAR MEMBER (DEFENDANT DAVID CHESLEY) AS THE CRIMINAL DEFENSE ATTORNEY FOR THE PLAINTIFF BY DELIBERATE OPPRESSION FRAUD AND MALICE WHICH THE CALIFORNIA STATE BAR AND THE REST OF DEFENDANT DELIBERATELY AND INTENTIONALLY REFUSE TO DISCIPLINE & ENFORCE LAWS AND RULES (THE STATE BAR ACT AND CALIFORNIA BUSINESS AND PROFESSIONAL RULES OF CONDUCT) TO PROTECT THE PUBLIC FROM HARM THEREBY BREACHI THE ADMINISTRATIVE DUTY AND DEPRIVING PLAINTIFF OF EQUAL PROTECT OF THE LAW BY DELIBERATE INDIFFERENCE AND DISREGARD OF STATE LAW WHICH HAVE DIRECTLY OR APPROXIMATELY RESULTED IN DAMAGE THE STATE BAR DELIBERATELY FAILED TO EXERCISE DUE DILIGENCE IN DISCHARGING ITS STATE IMPOSED DUTY 14TH AMENDMENT VIOLATION

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1. ON DECEMBER 13 2012 I WAS ARRESTED AND HELD TO ANSWER TO CRIMINAL ACCUSATIONS THAT AROSE FROM A VEHICLE ACCIDENT IN WHICH A CLOSE FRIEND OF MINE DIED. I AM BEING CHARGED WITH 1ST DEGREE MURDER CASE # FVT 1203287 SAN BERNARDINO SUPERIOR COURT

2. ON 12/14/2012 DEFENDANT DAVID CHESLEY REPRESENTING HIM SELF AS A STATE BAR OF CALIFORNIA MEMBER CONDUCTING AND SOLICITING BUSINESS AS A CRIMINAL DEFENSE ATTORNEY GAINED ACCESS TO MY PERSONAL MAILING ADDRESS AND DELIVERED A LEGAL SERVICE ADVERTISEMENT LETTER IN WHICH HE MAKES AN OFFER TO PROVIDE AN EXTENSIVE ARRAY OF LEGAL SERVICES (EXHIBIT A)

3. ON DECEMBER 28 2012 MY MOTHER MARIA ROMERO DROVE TO AND

\*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

<center>COMPLAINT P.5:0 — 5:36</center>

<center>CIVIL RIGHTS COMPLAINT</center>

MET WITH ATTORNEY DAVID S. CHESLEY AT THE MAIN
OFFICE ADDRESS : 4533 VAN NUYS BLVD STE 200
SHERMAN OAKS CA 91403. IN ORDER TO DISCUSS
MY CASE (EXHIBIT B). AND HIRED HIM ON MY BEHALF.

4. ON 12/28/2012 MY MOTHER MARIA ROMERO
ENTERED A WRITEN CONTRACT WITH DAVID S. CHESLEY
ATTORNEY AT LAW AS MY ATTORNEY, CRIMINAL
DEFENSE REPRESENTATION AND LEGAL SERVICES, CASE
FVI 1203282 SAN BERNARDINO SUPERIOR COURT

5. MY MOTHER, WHILE RELYING ON THE ATTORNEYS
WRITTEN AND VERBAL PROMISES TO CONDUCT
EFFECTIVELY AND SUFFICIENTY IN THE FULFILLMENT
OF THE ADVERTISED SERVICES IN (EXHIBIT A), AGREED
TO PAY THE ATTORNEY $ 7,500⁰⁰ AS THE COST OF
PROFESSIONAL REPRESENTATION AND PERFORMANCE
OF THE SERVICES PROMISED (EXHIBIT B-D)

6. THE AGREEMENT INCLUDED THAT UPON THE ATTORNEY
RECEIVING A DOWN PAYMENT OF $ 2500⁰⁰ HIS SERVICES
WOULD COMMENSE IMMIDIATELY AND WOULD CONTINUE
WHILE MONTLY PAYMENTS OF $ 833³³ WHERE
MADE EACH MONTH.

7. AS THE ATTORNEYS ON RECORD ACTIVELY REPRESEN-
TING ME IN MY CRIMINAL MATTER I HAD A CONSTITUT-
IONAL RIGHT TO EXPECT AND DID IN FACT EXPECT OF

COMPLAINT P. 5:1

THE ATTORNEY DAVID S. CHESLEY TO PROVIDE ME
WITH EFFECTIVE AND SUFFICIENT LEGAL REPRESENTA-
TION IN ACCORDANCE WITH THE 6TH AMENDMENT
COMMAND OF THE UNITED STATES CONSTITUTION AND
IN ACCORDANCE TO THE CALIFORNIA STATE BAR ACT
BUSINESS AND PROFESSIONS RULES OF CONDUCT.

8. IN PARTICULAR I EXPECTED THE ATTORNEY
DAVID S. CHESLEY TO PROTECT MY 6TH AMENDMENT
AS HIS DUTY AND OBLIGATION BY:
(a) THE EFFECTIVE SUPERVISSION AND MANAGING OF MY
CASE AND SUBORDINATE ATTORNEYS ASSIGNED TO MY
CASE BY HIS FIRM & ASSURE THAT I RECEIVE
COMPETENT & SUFFICIENT CRIMINAL DEFENSE
REPRESENTATION INCLUDING BY HIS SUBORDINATES;
(b) TO PROVIDE INFORMATION, ADVICE OR REPRESENTATION
AND TO TAKE SUCH ACTIONS WHICH ARE ONLY
CONSISTENT WITH TRUTH AND HONESTY. ALSO TO
OBTAIN THE SKILLS AND KNOLEDGE NECESSARY IN ORDER
TO AVOID AND PREVENT MISREPRESENTATIONS OF FACTS
(c) TO KEEP ME PROMPTLY INFORMED OF ANY MATTERS
PERTAINING TO MY CASE, TO CONSULT WITH ME
WITHOUT DELAY AND TO OBTAIN AND PROVIDE TO ME
A COPY OF MY DISCOVERY AND INFORMATION WHICH
WOULD ACCURATELY AND PROMPTLY INFORM ME OF
MY CASE;
(d.) TO KEEP MY MATTERS OF DEFENSE CONFIDEN-
TIAL AND LOYALTY INVIOLATE.
                    COMPLAINT  P. 5:2

e) TO CONDUCT PROMPT INVESTIGATION, INTERVIEW WITNESSES, OBTAIN EVIDENCE AND DISCOVERY IN POSSESSION OF THE GOVERNMENT.

f) TO TAKE ACTION AND UNDERTAKE ONLY THOSE ACTIONS THAT ONLY A REASONABLE COMPETENT ATTORNEY WOULD TAKE AND TO UNDERTAKE DECISIONS OR ACT, ONLY AFTER ADEQUATE INFORMED INVESTIGATIONS INTO FACT AND LAW. IN THE MATTERS OF MY DEFENSE.

g.) PROVIDE DOCUMENT FILE, WORK PRODUCT, DISCOVERY CORRESPONDENCE AND ALL DOCUMENTATION TO EITHER THE CLIENT OR SUBSEQUENT COUNSEL UPON TERMINATION OF SERVICES

h) RETURN ALL UNEARNED FEES.

9. DAVID CHESLEY     STATE BAR MEMBER UNDER THE STATE BAR JURISDICTION SOLICITED LEGAL SERVICES, MADE LEGAL PROMISES IN EXCHANGE FOR MONETARY PROFIT BY THE POWER AND JURISDICTION INVESTED TO HIM BY THE STATE BAR OF CALIFORNIA WHILE BOUND BY THE LAWS OF CALIFORNIA AND DUTIES AS STATED ABOVE (EXHIBIT A. 1-2)

10. DAVID CHESLEY   STATE BAR MEMBER ENTERED A WRITTEN CONTRACT AND COLLECTED $3,333$^{33}$ IN PAYMENT FOR THE PERFORMANCE OF THE DUTIES AND PROFESSIONA RULES OF CONDUCT (EXHIBIT A) FURTHERMORE OWED THAT DUTY TO THE PEOPLE OF COMPLAINT P. 5-3

CALIFORNIA AS A STATE BAR MEMBER
OPERATING UNDER THE STATE BAR JURISDICTION

11. DAVID S CHESLEY BREACHED HIS DUTY AND
OBLIGATION WITH DELIBERATE WANTON DISREGARD
TO THE DAMAGES CAUSED BY THE OMISSIONS OF
DUTIES IN PARAGRAPH 8 AND (EXHIBIT A)

12. DAVID CHESLEY IS THE PRESIDENT AND
MANAGING ATTORNEY OF HIS LAW FIRM, THE
LAW OFFICES OF DAVID CHESLEY INC. IT WAS
HIS RESPONSIBILITY AND HIS DUTY TO SUPERVISE
MANAGE AND DIRECT ANY SUBORDINATE ATTORNE-
YS WORKING AND REPRESENTING ME ON HIS
BEHALF (MIGUEL TOVAR, MELVIN BETNUM)

13. MIGUEL TOVAR WAS ASSIGNED TO REPRESENT
MY CASE IN MY CRIMINAL MATTER CASE
FVI 1203282 HE IS A STATE BAR OF CALIFOR-
NIA MEMBER REPRESENTATIVE OF DAVID CHESLEY
AS CRIMINAL DEFENSE COUNSEL. AND MADE
"ONLY" 3 COURT APPEARANCES ON MY CASE

14 MELVIN BETNUM WAS ALSO ASSIGNED TO
REPRESENT MY CASE IN CRIMINAL MATTER
FVI 1203282. HE IS A STATE BAR REPRESENTA-
TIVE OF DAVID S CHESLEY CRIMINAL DEFENSE
COUNSEL ON MY CASE AND MADE "ONLY" 1 APPERANCE.
COMPLAINT P. 5.4

15. DAVID S. CHESLEY AND THE TWO REPRESENTATIVES WHOM MADE ONLY 4 APPEARANCES (3 BY MIGUEL TOVAR ~ 1 BY MELVIN BETNUM) ONLY TO REQUEST CONTINUANCES UNDER FALSE PRETEXTS TO CONDUCT INVESTIGATION THAT NEVER TOOK PLACE AND DEPRIVED ME OF THE 6TH AMENDMENT RIGHT TO COMPETENT COUNSEL, WHILE THEY WERE OFFICIAL ATTORNEY(S) OF RECORD BETWEEN 12/28/12 TO 3/26/12. FURTHERMORE BY ACTS INTENTIONAL OMISSION AND DELIBERATE WANTON DISREGARD DEPRIVED ME OF MORE THAN THREE MONTHS OF CRITICAL TIME FOR INVESTIGATION FURTHERMORE AND BY ACTS OF FRAUD AND MISREPRESENTATION DID IN FACT DEPRIVE ME OF $3,333.33 OF PROPERTY

16. NUMEROUS ATTEMPTS TO REQUEST AND DEMANDS FOR UNEARNED FEES HAVE BEEN MADE. I HAVE ALSO ON NUMEROUS FORMAL REQUESTS REQUESTED FOR THE DISCLOSURE AND DELIVERY OF MY CASE FILE (INCLUDING WORK PRODUCT, BILLING, DISCOVERY AND ALL DOCUMENTATION ON FILE RELATED TO MY CASE) THEREBY CONCEALING POTENTIAL SUPPORTING EVIDENCE TO LEGAL MALPRACTICE CLAIMS (EXHIBIT E 1-4) SUBSEQUENT PUBLIC COUNSEL ALSO MADE FORMAL REQUESTS.

17. ON MARCH 12, 2013 A COMPLAINT MY WIFE FILED WITH LOS ANGELES DEPARTMENT OF CONSUMER AFFAIRS FILE NO: GN 13-1327 WAS FORWARDED TO
COMPLAINT    PG 5.5

THE STATE BAR OF CALIFORNIA BECAUSE THE
CLAIM AND REQUEST FOR ASSISTANCE IN MEDIATION
AND ENFORCEMENT OF PROFESSIONAL RULES OF
CONDUCT ON STATE BAR MEMBERS IS THEREBY
WITHIN STATE BAR JURISDICTION AND NOT
CONSUMER AFFAIRS (EXHIBIT F-G)

18. ON 5/20/2013 I DEVELOPED AND LODGED
A FORMAL HAND WRITTEN COMPLAINT TO THE
STATE BAR OF CALIFORNIA LOS ANGELES OFFICE
INVESTIGATOR YSABEL NAETZEL AND DEPUTY
CHIEF TRIAL COUNSEL SUSAN JACKSON WERE
ASSIGNED TO INVESTIGATE AND TAKE ACTION.

19. ON AUGUST 8 AND AUGUST 9 YSABEL NAETZEL
DECIDED TO CLOSE THE CLAIMS FILED AGAINST
DAVID CHESLEY MIGUEL TOVAR AND MELVIN
BETNUM, AND ISSUED A LETTER (EXHIBIT I)

20. THE STATE BAR INVESTIGATOR YSABEL NAETZEL
ALLEGES HAVING CONDUCTED AN INVESTIGATION.
HOWEVER I HEREBY ALLEGE THAT SUCH INVESTIG-
ATION WAS INADEQUATE, INSUFFICIENT AND
PARTIAL. FURTHERMORE IT FAILED TO PRODUCE
ANY EVIDENCE THAT (1) AN IVESTIGATION WAS
ACTUALLY CONDUCTED (2) THAT NO ATTORNEY
MISCONDUCT OCCURRED (3) DID NOT CORRECT,
PREVENT NOR CURE THE DAMAGES I STILL SUFFER.
COMPLAINT   PG 5,6

TO THIS PRESENT DAY AS THE RESULT OF VIOLATIONS
TO MY 5ᵗʰ 6ᵗʰ AND 14ᵗʰ AMENDMENT RIGHTS AND (4)
WAS AN ARBITRARY REFUSAL BY THE CALIFORNIA STATE
BAR TO ENFORCE UPON ITS MEMBERS THE LONG
ESTABLISHED RULES AND REGULATIONS BY WHICH
STATE BAR MEMBERS ARE BOUND BY.

21. INVESTIGATOR YSABEL NAETZEL AND
SUSAN JACKSON WILLFULLY REFUSED TO ENFORCE EVEN
THE MOST BASIC RULES OF PROFESSIONAL CONDUCT ON
IT'S MEMBERS. IN PARTICULAR:
a) DISCLOSURE AND DELIVERY OF MY OWN FILE
AND DOCUMENTATION RULES OF PROF. COND 3-500
b) REFUND OF UNEARNED FEES PAPERS AND PROPERTY
RULES OF PROF. COND 3-700 (D)
c) TO SUPPORT THE U.S CONSTITUTION BUS & PROF CODE
§6068. RULES OF PROF COND 1-100 (A)

22. ON MARCH 19, 2014 I PERSONALLY CONTACTED
AND SPOKE WITH YSABEL NAETZEL AND REQUESTED
FOR HER ASSISTANCE TO ENFORCE UPON DAVID CHESLEY
THE DUTY TO TURN OVER TO ME MY OWN CLIENT
FILE WHICH THE ATTORNEY WAS REFUSING TO
DISCLOSE AND TURN OVER TO ME WHICH I REQUIRED
AS EVIDENCE TO SUPPORT INEFFECTIVE ASSISTANCE OF
COUNSEL CLAIMS AND CIVIL TORT CLAIMS.

23 IT IS ALLEGED THAT THE STATE BAR MEMBER(S)
              COMPLAINT  P. 5:7

KNEW, WERE INFORMED AND SHOULD HAVE
KNOWN THE DAMAGES, AND SUFFERING THAT
THEIR DELIBERATE AND/OR WANTON DISREGARD
OF THEIR DUTY TO CONDUCT ACCORDINGLY TO THE
PREVAILING STANDARDS AND RULES OF CONDUCT BY:
a) THE COMPLETE DISREGARD AND ARBITRARY
AND INTENTIONAL FAILURE TO PROVIDE TO ME
ADEQUATE, EFFECTIVE AND SUFFICIENT CRIMINAL
DEFENSE REPRESENTATION AS PROMISED (EXHIBIT
A-E), THEREBY DEPRIVATION OF MY $5^{TH}, 6^{TH}, 14^{TH}$
AMENDMENT RIGHTS OF THE UNITED STATES
CONSTITUTION EVEN AFTER COLLECTING $3333$
WITHIN ALMOST FOUR MONTHS OF DELIBERA
TELY CAUSING DELAYS IN MY CRIMINAL
PROCEEDINGS, AND CAUSED IRREVERSABLE DAMAGES.
b) IN PARTICULAR BUT NOT LIMITED TO:
THE DELIBERATE AND INTENTIONAL NEGLIGEN-
CE AND FAILURE TO:

    i. MEET PROMPTLY WITH ME TO DISCUSS
       MY CASE AND PROMPTLY ESTABLISH A
       PLAN OF DEFENSE, FILE NECESSARY MOTIONS

    ii. CONDUCT A PROMPT INVESTIGATION INTO
       LAW AND FACT FOR THE DEFENSE

    iii. KEEP ME PROMPLY INFORMED AND
       PROVIDE ACCURATE AND TRUTHFUL INFORM-
       MATION

    iiii. CONDUCT PROMPT DISCOVERY EFFORT AND
       OBTAIN ALL EVIDENCE AND REPORTS IN
         COMPLAINT P. 5:8

POSSESSION OF PROSECUTION TEAM AND

PROSECUTION AGENTS.

iiiii; CONDUCT PROMT INTERVIEW OF WITNESS-

ES AND COLLECT KNOWN AND APPARENT

EXCULPATORY EVIDENCE. WHICH WAS

DISCLOSED TO THEM BY MY SELF AND

MY MOTHER. (SEE EXHIBITS A — E)

C) AFTER THE ATTORNEYS WERE FIRED FROM MY CASE

DO TO THEIR DELIBERATE AND WANTON FAILURE AND

DISREGARD OF DUTY & PROMISES TO CONDUCT THE

CRITICAL AND PROMPT LEGAL SERVICES; THEY REFUSED

TO REFUND AND PREVENTING ME FROM HIRING AN ATTOR-

NEY WHOM WOULD BE COMPETENT IN CONDUCTING

PROMP INVESTIGATIONS INTO KNOWN AND APPER-

ANT EXCULPATORY EVIDENCE WHICH DAVID CHESLE-

Y AND HIS SUBORDINATES HAD A DUTY TO INVES-

TIGATE (EXHIBIT E, 1-2, G). EVIDENCE WAS LOST

IN MY CASE IN PARTICULAR: SURVEILLANCE VIDEOS

WITNESS STATEMENTS, ITEMS FROM THE VEHICLE

(A PURSE BELONGING TO THE VICTIM WHICH WOULD HAVE

HAD EVIDENCE TO SUPPORT THE REASON WHY SHE

ATTEMPTED TO THROW HER PURSE OUT THE WINDOW &

GOT SNAGED ON THE STEERING WHEEL CAUSING ACCIDENT.

23. AS THE DIRECT AND PROXIMATE CAUSE

OF DEFENDANT DAVID CHESLEY AND SUBORDINATE

ASSOCIATES I WAS DEPRIVED OF CIVIL RIGHTS

5TH 6TH & 14TH AMENDMENT AND TO THE PRESENT

COMPLAINT P. 5:9

DAY DELIBERATELY REFUSE TO RETURN TO ME
AND OR DEPRIVED ME OF:
(1) UNEARNED FEES (2) EXCULPATORY EVIDE-
NCE AND INVESTIGATIONS (3) COMPLETE CASE FILE.

24. THE DEFENDANTS: STATE BAR OF CALIFORNIA,
YSABEL NAETZEL, SUSAN JACKSON, DONALD
STEEDMAN, JAYNE KIM WERE INFORMED AND
SHOULD HAVE BEEN INFORMED OF THE SERIOUS
VIOLATIONS AND DAMAGES ALLEGED AGAINST
THE CALIFORNIA STATE BAR MEMBER DAVID S
CHESLEY. AND THEY ALL HAD A MINISTERIAL,
REGULATORY AND ENFORCEMENT DUTY TO
PROTECT THE PEOPLE OF THE STATE OF CALIFORNIA
AS A PUBLIC ENTITY. CAL BUS & PROF. CODE
§6001.1, 6068 AND STATE BAR RULES OF PROF. COND.

25. IT IS ALLEGED THAT THE STATE BAR AND
ITS (ADMINISTRATORS) YSABEL NAETZEL, SUSAN
JACKSON DONALD STEEDMAN, JAYNE KIM, AS
REFERED HERE AFTER, ALL HAD AN OBLIGATION
AND OFFICIAL DUTY TO THE PUBLIC AND (PLAINTIFF)
TO CONDUCT AN IMPARTIAL, ADEQUATE AND
SUFFICIENT INVESTIGATION INTO THE COMPLAINT AND
GRIEVACE FILED IN THEIR DEPARTMENT ALLEG-
ING SERIOUS VIOLATION OF CONSTITUTIONAL 6TH
AMENDMENT RIGHTS AGAINST SEVERAL OF ITS
ASSOCIATE MEMBERS WHICH RESULTED IN SEVERE
COMPLAINT P 5:10

INJURY AND DAMAGES BY SUPPRESSION, FRAUD (AND) MALICE THAT I (PLAINTIFF) HAS SUFFERED AT HANDS OF: DAVID CHESLEY AND HIS SUBORD- INATES. WHOSE DESPICABLE ACTS OR OMISSIONS DEPRIVED ME OF THE 5TH 6TH AND 14TH AMENDMENT RIGHTS IN A PENDING CRIMINAL TRIAL IN ADDITION TO DEPRIVATION OF THE UNEARNED FEES OF $3.333$; AND THE POTENTIAL EVIDENSE WITHIN MY PERSONAL CASE FILE WHICH THEY CONTINUE TO DELIBERATELY SUPPRESSED AND CONCEAL. A REQUEST FOR REVIEW AND PUBLIC PERSONAL GRIEVANCE WAS LODGED WITH THE AUDIT AND REVIEW UNIT IN WHICH PLAINTIFF REQUEST INVESTIGATION AND RESPONSE FROM THE "HIGHE-ST" LEVEL OF THE ADMINISTRATION. (EXHIBIT H)

26  IT IS ALLEGED THAT THE DEFENDANTS: THE STATE BAR AND ADMINISTRATORS; HAVE DELIBERAT- ELY AND INTENTIONALLY DISREGARDED THEIR DUTY TO CONDUCT A MEANINGFUL AND ADEQUATE INVES- TIGATION INTO THE CLAIMS AND HAVE DELIBERATE- LY AND ARBITRARILY REFUSED TO ENFORCE EXISTING RULES AND REGULATIONS UPON STATE BAR MEMBERS EVEN WHEN CLEAR FACTS ARE ALLEGED AND HAVE NOT BEEN DISPROVEN; THAT THE STATE BAR MEMBERS (DAVID CHESLEY) AND ASSOCIATES DELIBERATELY VIOLATED AND WERE IN VIOLATION OF RULES AND REGULATIONS.

27. IT IS ALSO ALLEGED THAT THE STATE BAR
AND ADMINISTRATORS IMPLEMENT BIASED AND
SUPPRESSIVE STANDARDS THAT FAVOR THE STATE
BAR MEMBERS WHICH ARE ARBITRARY TO THE BEST
INTEREST FOR PROTECTION OF THE PUBLIC IN
THE PERFORMANCE OF THEIR ADMINISTRATIVE
DUTY IN PARTICULAR IN MATTERS OF DISCIPLI-
NARY ACTION AND ENFORCEMENT OF LAWS AND
REGULATIONS UPON IT'S ASSOCIATE MEMBERS.
THE "INVESTIGATIONS" THAT THEY ALLEGE TO
CONDUCT ARE GENERIC AND SUPERFICIAL AND
PLACE AN UNDUE BURDEN OF PROOF ON THE AND
CAUSE UNFAIR DISADVANTAGES TO THE PUBLIC;
WHOM ARE TARGETTED, INJURED, AND SUPPR-
ESSED BY THE RESULTS OF DELIBERATE WILLFUL
AND WANTON DISREGARD OF OUR CHERISHED CIVIL
RIGHTS AND ALSO STATE LAWS AND REGULATIONS,
EVEN THOSE BY WHICH THE STATE BAR ARE
SPECIFICALLY BOUND BY. (STATE BAR ACT
RULE 1-100) AND OBLIGATED TO COMPORT TO


28. IT IS ALSO ALLEGED THAT THE STATE BAR
AND ADMINISTRATORS KNOW AND SHOULD KNOW
THE UNDUE BURDEN, DETRIMENT AND HARD-
SHIP THAT A PERSON IN MY CONDITIONS
SUFFERS WHEN VIOLATION, HARM AND DAMA-
GES RESULTING FROM THE ACTS ALLEGED
AGAINST All DEFENDANTS IN THIS COMPLAINT.
COMPLAINT P 5:12

OCCUR. THEY WERE INFORMED (EXHIBIT F-H)

29. ASSUMING AS IT SHOULD BE, I AM AN
INNOCENT PERSON, IT IS DECLARED THAT I
AM OF VERY LOW RESOURCES AND INCOME.
IN FACT I AM AN INDIGENT, PRO-PER AND
INCARCERATED AT THIS TIME CONTESTING VERY
SERIOUS CHARGES OF A CAPITAL OFFENCE, AND
OF WHICH I AM BEING WRONGLY ACCUSED.
I AM UNABLE TO AFFORD PRIVATE COUNSEL
BECAUSE THE STATE BAR MEMBERS ON WHOM
I ORIGINALLY DEPENDED ON AND PAID TO
PROTECT MY 6TH AMENDMENT RIGHT TO COUNSEL
RATHER THAN TO FULFILL THAT DUTY DELIBERATELY
AND WITH WANTON DISREGARD TO MY RIGHTS
RATHER DIRECTLY VIOLATED THEM AND IN
ADDITION DEPRIVED ME OF $3333$^{33}$ WHICH
I AM PREVENTED FROM RECOVERING IN
ORDER TO RETAIN COMPETENT AND EFFECTIVE
COUNSEL.

30. FURTHERMORE THE STATE BAR AND
ADMINISTRATORS ALLONG WITH IT'S MEMBERS
(All DEFENDANTS) ARE ALLEGED TO KNOW AND
SHOULD BE WELL AWARE OF THE DIFFICULT
IF NOT IMPOSSIBLE CONDITIONS CREATED FOR
INDIGENT, PRO-PER AND INCARCERATED
PERSONS THAT PREVENT THE POSSIBLE MEANS

COMPLAINT P 5: 13

TO SEEK JUSTICE THROUGH CIVIL COURTS IN AN ATTEMPT TO CORRECT AND OR OBTAIN RELIEF TO THE TYPE OF DESPICABLE WRONGS THAT ARE BEING ALLEGED IN THIS COMPLAINT.

31. ALL THE DEFENDANTS KNOW OR SHOULD KNOW THAT A COMMON PERSON WHOM IS INCARCE-RATED IS REASONABLY WITHOUT MEANS OF INCOME TO RETAIN PRIVATE CIVIL TORT ATTORNEYS SPECIALIZED IN LEGAL MALPRACTICE TORTS. AND EVEN IF SUCH SPECIALIZED ATTORNEYS EXIST IT IS WITH MOST CERTAINTY THAT NONE WILL REPRESENT A PLAINTIFF AT NO COST OR AT A CONTINGENCY BASIS. IT IS DECLARED THROUGH EXPERIENCE AND PERSONAL INFORMATION THAT THESE ARE FACTS IN THIS INSTANT MATTER AND I, AS THE PLAINTIFF, IN THIS ACTION AFTER THE EXERCISE OF DUE DILIGEN-CE HAVE BEEN UNABLE TO LOCATE AN ATTORNEY THAT WOULD BE WILLING TO ASSIST ME.

32. THEREFORE IT IS FURTHER ALLEGED THAT THE STATE BAR AND ADMINISTRATORS BEING FULLY AWARE OF THESE EXIGENT, DETRIMENTAL AND ADVERSE CONDITIONS; DELIBERATELY AND WITH WANTON DISREGARD ARBITRARILY DEPRIVED ME (THE PLAINTIFF) AS A COMMON PERSON,

COMPLAINT P S:14

OF EQUAL PROTECTION OF THE LAW BY THE
ARBITRARY REFUSAL AND/OR DENIAL TO
ENFORCE THE RULES AND REGULATIONS THAT
ARE BINDING UPON ATTORNEY BAR MEMBERS AND
WITHIN THEIR JURISDICTIONAL AND OFFICIAL
DUTY AS A PUBLIC ENTITY WITH THE ADMINIS-
TRATIVE DUTY TO PROTECT THE PUBLIC FROM
THE TYPE OF VIOLATIONS ALLEGED IN THIS
COMPLAINT. THEREFORE, BECOMING CONTRIBUTORS
TO THE VIOLATIONS AND DAMAGES RESULTI-
NG FROM THE INFRINGEMENT OF MY $5^{TH}, 6^{TH}$ &
14TH AMENDMENT RIGHTS & BY NONE OTHER,
THAN THE VERY SAME ENTITY ESTABLISHED
BY THE STATE OF CALIFORNIA FOR THE EXPLICIT
PURPOSE OF PROTECTING THE RIGHTS AND LIBERTIES
OF THE PUBLIC. THUS IT IS ALLEGED THAT THE
STATE BAR AND ADMINISTRATORS DELIBERATELY
FAIL TO EXERCISE DUE DILIGENCE IN DISCHAR-
GING THEIR DUTY TO ENFORCE RULES AND REGULATIONS


33. IN PARTICULAR THE STATE BAR OF
CALIFORNIA AND ITS ADMINISTRATORS HAVE
BY ACTS OF OPPRESSION, FRAUD OR MALICE
DELIBERATELY, CONSCIENTIOUSLY, DISREGARDED
AND BREACH THEIR FIDUCIARY DUTY TO ENFORCE
THE FOLLOWING, BUT NOT LIMITTED TO, STATE
BAR RULES OF PROFESSIONAL CONDUCT ON DEFENDANTS
DAVID CHESLEY AND SUBORDINATE BAR MEMBERS

COMPLAINT P 5:15

A) RULE 1-100 (A) (RULES OF PROF. COND) "...THESE RULES TOGETHER WITH ANY STANDARD ADOPTED BY THE BOARD OF GOVERNORS PURSUANT TO THESE RULES SHALL BE BINDING UPON ALL MEMBERS OF THE STATE BAR.... FOR A WILLFUL BREACH OF ANY OF THESE RULES THE BOARD OF GOVERNORS HAS THE POWER TO DISCIPLINE MEMBERS PROVIDED BY LAW.... THE PROHIBITION OF CERTAIN CONDUCT IN THESE RULES IS NOT EXCLUSIVE. MEMBERS ARE ALSO BOUND BY APPLICABLE LAW INCLUDING THE STATE BAR ACT (BUS & PROF CODE §6000 ETESQ) AND OPINIONS OF CALIFORNIA COURTS."

B) RULE 3-110 "(a) A MEMBER SHALL NOT INTENTIO-NALLY RECKLESSLY OR REPEATEDLY FAIL TO PERFORM LEGAL SERVICES WITH COMPETENCE (b) FOR PURPOSE OF THIS RULE "COMPETENCE" IN ANY LEGAL SERVICE SHALL MEAN TO APPLY 1) DILIGENCE 2) LEARNING AND SKILL AND 3) MENTAL, EMOTIONAL PHYSICAL ABILITY REASONABLY NECESSARY FOR THE PERFORMANCE OF SUCH SERVICE..."

C) RULE 3-500 "A MEMBER SHALL KEEP A CLIENT REASONABLY INFORMED ABOUT SIGNIFICANT DEVELOPMENTS RELATING TO THE EMPLOYMENT OR REPRESENTATION, INCLUDING PROMPTLY COMPLYING WITH REASONABLE REQUEST FOR INFORMATION AND COPIES OF SIGNIFICANT DOCUMENTS WHEN NECESSARY TO KEEP A CLIENT SO INFORMED

COMPLAINT P 5:16

D) RULE 3-700:(D) A MEMBER WHOS EMPLOYMENT
HAS TERMINATED SHALL: (1) SUBJECT TO ANY
PROTECTIVE ORDER OR NON-DISCLOSURE AGREEMENT
PROMPTLY RELEASE TO THE CLIENT AT THE REQUEST
OF THE CLIENT. ALL THE CLIENTS PAPERS AND
PROPERTY "CLIENT PAPERS AND PROPERTY" INCLUDE
CORRESPONDENCE, PLEADING, DEPOSITION, TRANSCRIPTS
EXHIBITS, PHYSICAL EVIDENCE, EXPERT'S REPORTS,
AND OTHER ITEMS REASONABLY NECESSARY TO
THE CLIENT'S REPRESENTATION, WHETHER CLIENT
HAS PAID FOR THEM OR NOT AND (2) PROMPTLY
REFUND ANY PART OF A FEE PAID IN ADVANCE
THAT HAS NOT BEEN EARNED..."
E) RULE 4-200 (A) " A MEMBER SHALL NOT ENTER
INTO AN AGREEMENT FOR CHARGE OR COLLECT
AN ILLEGAL OR UNCONSCIONABLE FEE."


34. THE STATE BAR ADMINISTRATORS DELIBERATELY
AND WITH WANTON DISREGARD TO THE HARM AND
INJURY SUFFERED BY ME (PLAINTIFF); REFUSED AND
OR FAILED TO ENFORCE AND DISCIPLINE THE DIRECT
AND ONGOING VIOLATIONS OF REGULATIONS (PARAGRAPH
33) ON BEHALF OF DEFENDANT DAVID CHESLEY
AND ASSOCIATE BAR MEMBERS.


35. AS A DIRECT AND PROXIMATE RESULT OF
DELIBERATE AND WANTON DISREGARD & BREACH
OF DUTY ON BEHALF OF ALL DEFENDANTS
                    COMPLAINT P 5:17

AND IN COMMITING THE ACTS DESCRIBED IN
THIS COMPLAINT BY ALL THE DEFENDANTS
AND THE STATE BAR; ARE GUILTY OF OPPRESSION
FRAUD OR MALICE IN THAT THEY HAVE CONCIEN-
TIOUSLY, WILFULLY AND WITH WANTON DISRE-
GARD TO THEIR DUTIES AND THE DAMAGES AND
INJURY CAUSED TO ME (THE PLAINTIFF AND PUBLIC
PERSON), FAILED EXERCISE DUE DILIGENCE AND CARE
TO DISCHARGE IT'S DUTY WITH THE EQUALNESS
AND FAIRNESS THAT THE LAW COMMANDS.

36. IT IS ALSO FURTHER ALLEGED THAT THE
TYPE OF VIOLATIONS ALLEGED IN THIS COMPLAINT
HAVE BECOME A WRONGFUL YET COMMON
PRACTICE AND CUSTOM THAT ATTEMPT TO OVER-
RULE AND UNDERMINE THE INTENDED AND WELL
STABLISHED PURPOSE OF THE CALIFORNIA LEGISLAT-
ION ACT KNOWN AS THE CALIFORNIA BUSINESS
AND PROFESSIONAL CODE § 6000 - 6076 (THE
STATE BAR ACT) AND THE STATE BAR OF CALIFORNIA
RULES OF PROFESSIONAL CONDUCT, WHICH ARE
INTENDED FOR THE PROTECTION OF THE PUBLIC
AND OUR STATE OF CALIFORNIA JUSTICE
SYSTEM; TO PROVIDE THE REGULATORY
GUIDELINES MANDATING DISCIPLINE AND ENFORCE-
MENT ACTION WHEN SUCH RULES AND REGULA-
TIONS ARE VIOLATED. THIS WRONGFUL CUSTOM
HAS BECOME A CONSCIENTIOUS & DELIBERATE PRACTICE.

COMPLANT 5:18

37. BY THE DELIBERATE OR WANTON DISREGARD
AND KNOWINGLY NEGLECTING TO FULLFILL IT'S
ADMINISTRATION REGULATION AND ENFORCEMENT
DUTY THE DEFENDANTS (STATE BAR AND
ADMINISTRATORS) HAVE DEFAULTED IN THE STATE
IMPOSED DUTY AND ARE IN CONTEMPT OF CALIFO-
RNIA ESTABLISHED RULES AND REGULATIONS AND
IN CONTEMPT OF THE EQUAL PROTECTION MANDATE
OF THE 14TH AMENDMENT U.S. CONSTITUTION.

38 THEREFORE UNDER THE DOCTRINE OF VICARIOUS
LIABILITY IT IS ALSO ALLEGED THAT THE STATE
BAR AND ADMINISTRATORS CONSPIRE WITH THE
COLABORATION OF IT'S ASSOCIATE BAR MEMBERS
THROUGH ACTS OF OPPRESSION, FRAUD OR MALICE,
TO DEPRIVE THE PUBLIC AND MY SELF OF CIVIL
RIGHTS AND PROPERTY.

39 ON ONE HAND THE STATE BAR PROVIDES
THE LICENSES AND LEGAL AUTHORITY FOR A
LICENSED ATTORNEY TO ADVERTISE, SOLICIT
LEGAL SERVICES AND GAIN PROFIT, CONTINGENT
ON THE GOOD FAITH AND TRUST OF A PUBLIC
PERSON WHO IS RELYING IN THE PERFORMANCE
OF PROMISES AND EXPECTED RESPECT FROM
THE ATTORNEY IN HIS DUTY AND OBLIGATIONS

40. HOWEVER, ON THE OTHER HAND, IT DOES NOT MEAN
COMPLAINT    5-19

OUR STATE AND LAW MAKERS AND LEGISLATI-
ON HAD EVER INTEND FOR THE POWER AND
AUTHORITY INVESTED TO THE STATE BAR OF
CALIFORNIA IN IT'S ADMINISTRATIVE, REGU-
ALORY AND ENFORCEMENT DUTY TO ARBITR-
ARILY PERMIT AND LICENCE "FRAUD AND
DEPRIVATION OF CIVIL RIGHTS," AND NOT UNDER
WHAT THE STATE BAR AND ADMINISTRATORS
HAVE CASUALLY TERMED AS "DISCRETION-
NARY MATTERS" AND "MERE NEGLIGENCE",
IN AN ATTEMPT BY MISREPRESENTATION TO MAKE
AMIABLE WHAT IN ALL ACTUALITY IS A VERY
SERIOUS AND HARMFUL WRONG AND A SUPPRE-
SSIVE CONDITION TO THE PUBLIC OF THIS STATE
OF CALIFORNIA (REFER TO EXHIBITS I, J AND
M) STATE BAR RESPONSE AND DETERMINATION OF
COMPLAINTS AGAINST STATE BAR ATTORNEYS.


40. IN ESSENCE WHAT THE STATE BAR AND
ADMINISTRATORS ATTEMPT TO ESTABLISH AND
PROVIDE IS THE LAWFUL MEANS FOR IT'S MEMBER
ASSOCIATES TO CAPRICIOUSLY COMMIT FRAUD AND
VIOLATIONS OF CIVIL RIGHTS AND VIOLATIONS
OF ESTABLISHED AND IMPOSED STATE RULES
AND REGULATIONS UNDER SOME SUPERFLUOS
AND OVEREACHING AUTHORITY THE STATE BAR
HAS LABELED AS "DISCRETIONARY MATTERS"
WHICH ACCORDING TO IT'S "HIGH STANDARDS"
                    COMPLAINT 5:20